IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50685
Summary Calendar
_____

JESSE LEE WASHINGTON,

Plaintiff-Appellant,

versus

ALBERT L. FOSTER; CHERYEL HILLEGEIST;
DEBORAH A. PARKER; JERRY L. HICKMAN;
W. NICHOLS; DAVID E. COOPER,

Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-95-CV-138
- - - - - - - - - - -
February 21, 1996
Before WIENER, PARKER and DENNIS, Circuit Judges.

PER CURIAM:[*]

Jesse Lee Washington appeals the district court's dismissal as frivolous of his in forma pauperis (IFP) civil rights complaint. We have reviewed the record and the district court's opinion and find no reversible error. Because the appeal is frivolous, it is DISMISSED. 5th Cir. R. 42.4; Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983). In addition, we note that Washington has been sanctioned and ordered to review any pending

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

appeals to ensure that they were not frivolous.  See Washington v. Herring, No. 95-40620 (5th Cir. Oct. 18, 1995)(unpublished). Such order remains intact.  We also reiterate that Washington is barred from filing any pro se, IFP, civil appeal in this court, or any pro se, IFP, initial civil pleading in any court which is subject to this court's jurisdiction, without the advance written permission of a judge of the forum court; the clerk of this court and the clerks of all federal district courts in this Circuit are directed to return to Washington, unfiled, any attempted submission inconsistent with this bar.